UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TRACY W. HOUCK, ET AL | CIVIL ACTION NO. 10-1268 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CREDITORS FINANCIAL GROUP LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before this Court is Defendant FIA Card Services, N.A.'s ("FIA") Motion for Entry of Rule 54(b) Final Judgment. (Record Document 49). "Rule 54(b) assigns to the district court the duty to weigh 'the inconvenience and costs of piecemeal review on the one hand and the danger of denying justice by delay on the other.' " Road Sprinkler Fitters Local Union v. Continental Sprinkler Co. 967 F.2d 145, 148 (5th Cir. 1992); citing Dickinson v. Petroleum Conversion Corp., 338 U.S. 507, 511 (1950). Based on the showing made by FIA, the certification and delay are not warranted.

Accordingly,

The FIA's Motion for Entry of Rule 54(b) Final Judgment (Record Document 49) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of November, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE